UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES SURETY COMPANY,

    Plaintiff,

v.                       Case No. 8:12-cv-2574-T-33EAJ

GLOBAL EGG CORP.,

    Defendant.
_____/

## ORDER

    This cause comes before the Court pursuant to the January 2, 2013, Report and Recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 30), in which Judge Jenkins recommends that Plaintiff's Motion for Preliminary Injunction (Doc. # 18) be denied.

    As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court, having conducted a careful and complete review of the findings, conclusions, and recommendations, and having given *de novo* review to matters of law, accepts the factual findings and legal conclusions of the magistrate judge as well as the recommendation of the magistrate judge.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 30), is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's Motion for Preliminary Injunction (Doc. # 18) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of January, 2013.

<u>/s/ Virginia M. Hernandez Covington</u>
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record.