```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

UNITED STATES SURETY COMPANY,

       Plaintiff,

v.                                    Case No. 8:12-cv-2574-T-33EAJ

GLOBAL EGG CORP.,

       Defendant.
_____/

**ORDER**

    This cause comes before the Court pursuant to Plaintiff United States Surety Company's Motion for Disbursement of Federal Rule of Civil Procedure 65(c) Security Funds (Doc. # 39), filed on August 30, 2013. Defendant Global Egg failed to file a response to the Motion within the time prescribed by the Federal Rules of Civil Procedure. The Court thus considers the Motion as unopposed.

**Discussion**

    On November 19, 2012, Plaintiff USSC deposited $7,500.00 into the Court registry in order to secure a temporary restraining order granted by the Court. (Doc. ## 11, 12). On January 31, 2013, the Court granted USSC's Motion to Dismiss (Doc. # 34), and this case was dismissed

without prejudice. To date, Global Egg has asserted no claim against the $7,500.00 security posted by USSC.

On August 16, 2013, this Court entered an Order directing the parties to file a status report by August 30, 2013, including a plan for the disbursement of the funds in the Court registry. (Doc. # 37). USSC responded on August 27, 2013, that USSC intended to file a motion seeking disbursement of the funds, and that counsel for Global Egg had advised USSC that Global Egg "opposed the disbursement of the security to USSC and that it intend[ed] to file with this court a claim for 'costs and fees' associated with this matter." (Doc. # 38 at 3). To date, Global Egg has neglected to respond to the Court's August 16, 2013, Order.

On August 30, 2013, USSC filed the instant Motion for Disbursement of Security Funds. (Doc. # 39). Global Egg, who is represented by counsel, failed to file a response in opposition to the Motion within the time prescribed by the Federal Rules of Civil Procedure. Accordingly, as Global Egg has asserted no claim against the $7,500.00 security and additionally has failed to respond to USSC's Motion for Disbursement of Funds, the Court grants the Motion and disburses the entirety of the relevant funds to USSC.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff United States Surety Company's Motion for Disbursement of Federal Rule of Civil Procedure 65(c) Security Funds (Doc. # 39) is **GRANTED.**

(2) The Clerk is directed to disburse all funds in the Court registry related to this matter, amounting to $7,500.00, to Plaintiff, United States Surety Company, leaving no funds left on deposit.

(3) The check should be sent to Plaintiff's counsel, Gregory P. Brown, Hill, Ward & Henderson, P.A., 101 E. Kennedy Blvd., Suite 3700, Tampa, FL, 33602.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of September, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record